JACKSON, *ex dem.* MARTIN and others, *vs.* VAN ANTWERP.

MOTION that landlord pay costs. This suit was defended by James Wadsworth, in the name of the defendant, his tenant. The plaintiff succeeded ; and now, on shewing a return of *nulla bona* on a *fi. fa.* issued against the defendant for the costs of the suit, and the poverty of the defendant, a rule was asked for, that the landlord pay the costs.

A party in interest *defending* a suit in the name of another, will be ordered to pay the costs of the suit.

*E. S. Lee,* for plaintiff.

*F. M. Haight,* contra.

*By the Court,* SUTHERLAND, J. The party in interest is liable for the costs. Take a rule that James Wadsworth pay the same, or that he shew cause by the first day of the next term, why an attachment should not issue against him.

*Motion granted.** 

---

* Parties in interest *suing* in the names of others, have uniformly been adjudged to pay costs. (20 *Johns. R.* 475. 2 *Cowen,* 460. 5 *Cowen,* 17.)